NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**NATIONAL ORGANIZATION OF VETERANS'
ADVOCATES, INC.,**
*Petitioner,*

v.

**SECRETARY OF VETERANS AFFAIRS,**
*Respondent.*

---

2011-7011

---

On petition for review pursuant to 38 U.S.C. Section 502.

---

**ON MOTION**

---

**ORDER**

The Secretary of Veterans Affairs moves for a 7-day extension of time, until February 7, 2011, to file the certified list and the National Organization of Veterans' Advocates, Inc., moves to voluntarily withdraw its appeal,

Upon consideration thereof,

IT IS ORDERED THAT:

(1) The motion to voluntarily withdraw this appeal is granted. The appeal is dismissed.

(2) Each side shall bear its own costs.

(3) The motion for an extension of time is denied as moot.

FOR THE COURT

FEB 0 7 2011

Date

/s/ Jan Horbaly

Jan Horbaly
Clerk

cc: Douglas J. Rosinski, Esq.
Michael Goodman, Esq.

s21

Issued As A Mandate: FEB 0 7 2011

FILED
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT

FEB 0 7 2011

JAN HORBALY
CLERK